**Opinion issued August 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00055-CV

————————————

**ANASTASIA ROBSON, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF MARY DALTROFF, DECEASED, Appellant**

**V.**

**VITAS INNOVATIVE HOSPICE CARE, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-14682**

---

## MEMORANDUM OPINION

Appellant, Anastasia Robson, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellant failed to include a certificate of conference in her motion, more

than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.